

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**David V. Holmes**
(212) 356-2549
daholmes@law.nyc.gov

April 4, 2023

Via ECF:
Honorable Jennifer H. Rearden
United States Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

        Re:   Williams v. NYC Health and Hospitals Corporation et. al.
                22-cv-08633-JHR

Dear Judge Rearden:

      I am an Assistant Corporation Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent the Defendants in the above-referenced matter. I write this joint letter on behalf of both parties to respectfully request a stay in the submission of Defendants' responsive papers to the Plaintiff's Complaint, until after mediation has concluded. Defendants' response to the Complaint would otherwise be due April 5, 2023. The parties request this extension to explore potential resolutions to this case without the need for further litigation.

      The parties thank the Court for consideration of this request.

      Respectfully submitted,

      /s/ David Holmes
      **David V. Holmes**
      Assistant Corporation Counsel

Cc: All counsel of record (via ECF)

Application GRANTED. The deadline for Defendants to answer or otherwise respond to the Complaint is extended, nunc pro tunc, until after the conclusion of mediation.

Any future requests for extensions must comply with Rule 2.E of the Court's Individual Rules and Practices in Civil Cases. See Rule 2.E ("All requests for extensions.... must be made not less than **two business days** before the scheduled deadline or date," and "[a]ll such requests . . . should state [*inter alia*] the number of previous requests for adjournment or extensions of time[.]").

The Clerk of Court is directed to terminate ECF No. 17. SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: April 14, 2023