USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARTISHA N. WILLIAMS,

                                        Plaintiff,

                -against-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION, et al.,

                                        Defendants.

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

**22-CV-8633 (JHR) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

A settlement conference in this matter is scheduled for **Wednesday, January 3, 2024 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **December 27, 2023 by 5:00 p.m.**

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
       October 16, 2023

                        SO ORDERED.

                        _____
                        KATHARINE H. PARKER
                        United States Magistrate Judge