USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/2023



**MEMO ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**Bryan Carr Olert**
Assistant Corporation Counsel
Phone: (212) 356-2203
E-mail: bolert@law.nyc.gov
*E-mail Not For Service*

December 22, 2023

**By ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Shartisha Williams v. New York City Health and Hospitals Corporation et al*
      No. 1:22-cv-08633-JHR-KHP
      Our No. 2022-007272

Dear Judge Parker:

  I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. Pursuant to Paragraph I.c. of Your Honor's Individual Practices, I write to respectfully request an adjournment of the settlement conference scheduled for January 3, 2024, to the Court's next available date after January 8, 2024. Plaintiff consents to this request. This is Defendants' first request for an adjournment of the settlement conference.

  Thank you for your consideration of this request.

                Respectfully Submitted,

                /s/

                Bryan Carr Olert
                Assistant Corporation Counsel

cc: Shartisha N. Williams
   Plaintiff Pro Se
   131-52 233 Street
   Rosedale, NY 11422

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Wednesday, January 3, 2024 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is heerby rescheduled to <u>Wednesday, February 28, 2024 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>February 21, 2024 by 5:00 p.m.</u> <u>The Clerk of Court is directed to mail a copy of this order to the Plaintiff.</u>

APPLICATION GRANTED

*[Signature]*

Hon. Katharine H. Parker, U.S.M.J.

12/26/2023